UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SAMUEL L. WILLIAMS                                CIVIL ACTION

VERSUS                                            NUMBER: 10-3911

MARLIN GUSMAN, ET AL.                             SECTION: "S"(5)


                            O R D E R

   The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

   Accordingly,

   **IT IS ORDERED** that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

   **IT IS FURTHER ORDERED** that plaintiff's §1983 claims are

dismissed with prejudice under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b) and 42 U.S.C. §1997e(c)(1).

New Orleans, Louisiana, this  7th  day of    December   , 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE